IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| **CIAPINSKA**, *Plaintiff*, v. **TINDER, INC. et al**, *Defendants*. | Civil Action No. 23-23115<br><br>**ORDER** |

**SEMPER**, District Judge.

**THIS MATTER** having been administratively stayed following the Court's granting of Defendant's motion to compel arbitration (*See* ECF 12-13);

**IT IS** on this 13th day of **November 2024**, hereby:

1. **ORDERED** that the above captioned action be and is hereby administratively closed with the right of the parties upon good cause shown to reopen the action.

 

/s Jamel K. Semper
**HON. JAMEL K. SEMPER**
**UNITED STATES DISTRICT JUDGE**